UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| KIMBERLEY N. BRYANT,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting<br> Commissioner of Social Security<br> Administration,<br><br>    Defendant. | Case No. CV-17-56 -BLG-TJC<br><br>JUDGMENT IN A CIVIL CASE |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

  IT IS ORDERED AND ADJUDGED that the Commissioner's decision be REVERSED and this matter be REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Order.

  Dated this 13th day of September, 2018.

          TYLER P. GILMAN, CLERK

          By: /s/ Judith Rhoades
          Judith Rhoades, Deputy Clerk