IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| KIMBERLY N. BRYANT, | CV 17-56-BLG-TJC |
|---|---|
| Plaintiff, | |
| vs. | **ORDER GRANTING PLAINTIFF'S APPLICATION FOR AWARD OF EAJA FEES AND COSTS** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, | |
| Defendant. | |

On September 13, 2018, the Court remanded this case to the Commissioner for further administrative proceedings. (Doc. 17.) That same day, the Clerk of Court entered a separate judgment. (Doc. 18.)

Plaintiff has now filed an unopposed motion for attorney's fees and costs under the Equal Access to Justice Act ("EAJA"). (Doc. 19.) Plaintiff requests $7,350.11 in attorney's fees and $400.00 in costs.

There being no objection from the Commissioner, the Court will grant the motion. Accordingly, IT IS HEREBY ORDERED that Plaintiff's Application for Award of EAJA Fees and Costs is GRANTED.

/ / /

The Commissioner must promptly pay Plaintiff's counsel attorney fees in the amount of $7,350.11 and costs of $400.00.

DATED this 11th day of December, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge